FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 9 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Kim M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-17-00659-PHX-DLR(BSB) |
| Plaintiff, | **INDICTMENT** |
| v. | VIO: 18 U.S.C. §§ 113(a)(3) and 2 (Assault With a Dangerous Weapon, With Intent To Do Bodily Harm and Aiding and Abetting) Count 1 |
| 1. Christopher Perea, 2. Eric Wolf, and 3. Daud Anwar, Defendants. | VIO: 18 U.S.C. §§ 113(a)(6) and 2 (Assault Resulting in Serious Bodily Injury and Aiding and Abetting) Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about May 25, 2016, in the District of Arizona, defendants, CHRISTOPHER PEREA, ERIC WOLF, and DAUD ANWAR, each of whom was an inmate in the Federal Correctional Institution in Phoenix, Arizona, did knowingly and intentionally assault M.M., an inmate, with a dangerous weapon, to wit, safety-toe boots, with intent to do bodily harm, and did aid and abet such conduct.

All in violation of Title 18, United States Code, Sections 113(a)(3) and 2.

### COUNT 2

On or about May 25, 2016, in the District of Arizona, defendants,

CHRISTOPHER PEREA, ERIC WOLF, and DAUD ANWAR, each of whom was an inmate in the Federal Correctional Institution in Phoenix, Arizona, did knowingly and intentionally assault M.M., an inmate, resulting in serious bodily injury, and did aid and abet such conduct.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 2.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 9, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
GAYLE L. HELART
Assistant U.S. Attorney